United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00250-HWV |
| LaShaun Michelle Green | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Feb 14, 2023 | Form ID: nmtdmatx | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LaShaun Michelle Green, 2730 North Fifth Street, Harrisburg, PA 17110-2014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 2

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

LaShaun Michelle Green,       Chapter    13

**Debtor 1**

Case No.    1:23−bk−00250−HWV

## Notice of Motion of Chapter 13 Trustee
## to Dismiss Case Pursuant to 11 U.S.C. §1307(c)(9)

Notification of the following Motion To Dismiss Case is being given to the above captioned debtor(s), debtor's attorney and parties in interest. The Debtor(s) may file a response to the Chapter 13 Trustee's Text Motion or resolve it by immediately filing a complete list of creditors, listing the name and complete mailing address of each creditor on or before **February 28, 2023.**

Failure to file the complete list of creditors or otherwise respond by the above deadline will result in dismissal of the case without further notice or hearing.

**The Text Motion as filed in this case reads:**

**The Chapter 13 Trustee on behalf of the United States Trustee moves to Dismiss the Debtor(s) case pursuant to 11 USC §1307(c)(9) for failure to file a complete list of creditors. A list of creditors, including the name and mailing address of all creditors, is required so that each creditor is given timely notice by the Clerk of the Court of the order for relief, imposition of the automatic stay, and the time and place for the meeting of creditors.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 14, 2023 |

nmtdmatx 05/2018