6-7-2023

Motion to reinstate reference : Chapter 13

Case 1-23-00250

Due my house is in foreclosure I would to keep my house.

LaShawn Allen