Matrix
Select Portfolio Services
3815 South West Temple
Street
Salt Lake City,
UT 84115

Case #
Reference 1-23-00250
LaShaun Michelle
Green